| | |
|---|---|
| 1 | Cary S. Kletter (SBN 210230) |
|   | KLETTER LAW FIRM |
| 2 | 1900 S. Norfolk Street, Suite 350 |
|   | San Mateo, CA 94403 |
| 3 | Tel: (415) 434-3400 |
| 4 | Elnaz Masoom (SBN 266106) |
|   | THE MASOOM LAW OFFICE |
| 5 | 1625 The Alameda, Suite 800 |
|   | San Jose, CA 95126 |
| 6 | Tel: (408) 559-3191 |
| 7 | Attorneys for Plaintiff |
|   | CHANEL GORDON |
| 8 |   |
| 9 | Leah C. Lively (SBN 197636) |
|   | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 10 | 222 SW Columbia Street, Suite 1500 |
|   | Portland, Oregon 97201 |
| 11 | Tel: (503) 552-2140 |
| 12 | Jill V. Cartwright (SBN 260519) |
|   | OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 13 | Steuart Tower, Suite 1300 |
|   | One Market Plaza |
| 14 | San Francisco, CA 94105 |
|   | Tel: (415) 442-4810 |
| 15 |   |
|   | Attorneys for Defendant |
| 16 | HOME DEPOT U.S.A., INC., erroneously sued as |
|   | THE HOME DEPOT U.S.A., INC. |
| 17 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | | |
|---|---|---|
| CHANEL GORDON, | ) | CASE NO.  CV 11-06294 RMW |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)** |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| THE HOME DEPOT et al., | ) | Action Filed:  November 8, 2011 |
|  | ) | Trial Date:     March 25, 2013 |
| Defendant. | ) |  |

-1-

STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)              Case No. CV 11-06294 RMW

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

Dated: December 13, 2012

KLETTER LAW FIRM

By: _____
Cary Kletter

Attorneys for Plaintiff
CHANEL GORDON

Dated: December __, 2012

THE MASOOM LAW OFFICE

By: _____
Elnaz Masoom

Attorneys for Plaintiff
CHANEL GORDON

Dated: December __, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Leah C. Lively
Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC., erroneously sued as THE HOME DEOPT U.S.A., INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December __, 2012

By: _____
Jill V. Cartwright

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

Dated: December __, 2012         KLETTER LAW FIRM

                                 By: _____
                                      Cary Kletter

                                 Attorneys for Plaintiff
                                 CHANEL GORDON

Dated: December 17, 2012         THE MASOOM LAW OFFICE

                                 By:  /s/ Elnaz Masoom
                                      Elnaz Masoom

                                 Attorneys for Plaintiff
                                 CHANEL GORDON

Dated: December 17, 2012

                                 OGLETREE, DEAKINS, NASH, SMOAK &
                                 STEWART, P.C.

                                 By:  /s/ Jill V. Cartwright
                                      Leah C. Lively
                                      Jill V. Cartwright

                                 Attorneys for Defendant
                                 HOME DEPOT U.S.A., INC., erroneously
                                 sued as THE HOME DEOPT U.S.A., INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December 17, 2012
                                 By:  /s/ Jill V. Cartwright
                                      Jill V. Cartwright

-2-

## ORDER

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

IT IS SO ORDERED

Dated: FGEOFEFG

*Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE

13719945.2 (OGLETREE)