1  Cary S. Kletter (SBN 210230)
   KLETTER LAW FIRM
2  1900 S. Norfolk Street, Suite 350
   San Mateo, CA 94403
3  Tel: (415) 434-3400

4  Elnaz Masoom (SBN 266106)
   THE MASOOM LAW OFFICE
5  1625 The Alameda, Suite 800
   San Jose, CA 95126
6  Tel: (408) 559-3191

7  Attorneys for Plaintiff
   CHANEL GORDON
8

9  Leah C. Lively (SBN 197636)
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 222 SW Columbia Street, Suite 1500
   Portland, Oregon 97201
11 Tel: (503) 552-2140

12 Jill V. Cartwright (SBN 260519)
   OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.
13 Steuart Tower, Suite 1300
   One Market Plaza
14 San Francisco, CA 94105
   Tel: (415) 442-4810
15
   Attorneys for Defendant
16 HOME DEPOT U.S.A., INC., erroneously sued as
   THE HOME DEPOT U.S.A., INC.
17

18                    UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE
19

20 CHANEL GORDON,                     ) CASE NO. CV 11-06294 RMW
                                      )
21                Plaintiff,          ) **STIPULATION TO DISMISS PURSUANT**
                                      ) **TO FRCP 41(A)(1)**
22       vs.                          )
                                      )
23 THE HOME DEPOT et al.,             )
                                      ) Action Filed:  November 8, 2011
24                Defendant.          ) Trial Date:    March 25, 2013
                                      )
25

26

27

28
                                    -1-
   STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)        Case No. CV 11-06294 RMW

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement agreement that already addresses each party's obligations regarding the payment of fees and costs.

Dated: December 13, 2012      KLETTER LAW FIRM

By: _____
Cary Kletter

Attorneys for Plaintiff
CHANEL GORDON

Dated: December __, 2012      THE MASOOM LAW OFFICE

By: _____
Elnaz Masoom

Attorneys for Plaintiff
CHANEL GORDON

Dated: December __, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
Leah C. Lively
Jill V. Cartwright

Attorneys for Defendant
HOME DEPOT U.S.A., INC., erroneously sued as THE HOME DEOPT U.S.A., INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December __, 2012

By: _____
Jill V. Cartwright

|   |   |
|---|---|
| 1 | **IT IS HEREBY STIPULATED** by and between the parties to this action through their |
| 2 | designated counsel that the above-captioned action be and is hereby dismissed with prejudice |
| 3 | pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties have entered into a settlement |
| 4 | agreement that already addresses each party's obligations regarding the payment of fees and |
| 5 | costs. |

Dated: December __, 2012            KLETTER LAW FIRM

                                    By: _____
                                         Cary Kletter

                                    Attorneys for Plaintiff
                                    CHANEL GORDON

Dated: December 17, 2012            THE MASOOM LAW OFFICE

                                    By:   /s/ Elnaz Masoom
                                         Elnaz Masoom

                                    Attorneys for Plaintiff
                                    CHANEL GORDON

Dated: December 17, 2012

                                    OGLETREE, DEAKINS, NASH, SMOAK &
                                    STEWART, P.C.

                                    By:  /s/ Jill V. Cartwright
                                         Leah C. Lively
                                         Jill V. Cartwright

                                    Attorneys for Defendant
                                    HOME DEPOT U.S.A., INC., erroneously
                                    sued as THE HOME DEOPT U.S.A., INC.

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: December 17, 2012

                                    By:  /s/ Jill V. Cartwright
                                         Jill V. Cartwright

-2-
STIPULATION TO DISMISS PURSUANT TO FRCP 41(A)(1)         Case No. CV 11-06294 RMW

## ORDER

The Court having read and considered the foregoing request and stipulation, and with good cause appearing, this action is dismissed with prejudice. The Court acknowledges that the parties have entered into a settlement agreement that addresses the payment of their respective fees and costs.

IT IS SO ORDERED

Dated: FGECFEFG

*Ronald M. Whyte*

UNITED STATES DISTRICT COURT JUDGE

13719945.2 (OGLETREE)